NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROBERT NIEL HOWELL, SR.,                     )
                                             )
                 Appellant,                  )
                                             )
v.                                           )          Case No. 2D17-554
                                             )
STATE OF FLORIDA,                            )
                                             )
                 Appellee.                   )
                                             )
_____)

Opinion filed March 2, 2018.

Appeal from the Circuit Court for Lee
County; Joseph C. Fuller, Judge.

Howard L. Dimmig, II, Public Defender,
and Matthew J. Salvia, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, Appellee.



PER CURIAM.


                 Affirmed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.